Commonwealth *v.* Sanders, Appellant.

Submitted March 24, 1972. *Jonathan Miller* and *Francis S. Wright,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Mark Sendrow* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, and *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Sanutti, Appellant.

Submitted March 23, 1972. *Barbara Bailey* and *Francis S. Wright,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James Garrett* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.